

**IT IS ORDERED as set forth below:**

**Date: April 17, 2013**

_____

**Mary Grace Diehl**
**U.S. Bankruptcy Court Judge**

_____

```
                 UNITED STATES BANKRUPTCY COURT
                  NORTHERN DISTRICT OF GEORGIA
                        ATLANTA DIVISION


IN RE:  WALI KAREEM,              }  CHAPTER 13
                                  }
        DEBTOR(S)                 }  CASE NO. A11-78276-MGD
                                  }
                                  }  JUDGE DIEHL
```

### ORDER ON TRUSTEE'S MOTION TO CONVERT

The above-styled matter came before the Court on March 20, 2013.  It appearing to the Court, that the Chapter 13 Trustee has filed a Motion to Convert the Debtor's Chapter 13 case to one under Chapter 7.  It further appearing to the Court, that the Debtor, through counsel, and the Chapter 13 Trustee have agreed that the Debtor is in default in his payments under the Chapter 13 plan and have further agreed to resolve the Trustee's Motion as indicated herein.  For cause shown, it is

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 525-1110
eds@atlch13tt.com

ORDERED that the Debtor shall resume his regular Chapter 13 Plan payment, and so continue each anniversary date hereafter on a strict compliance basis for twelve (12) months following the entry of this Order.  It is further

ORDERED, that should the Debtor default on any of the above-stated terms, this case may be converted to Chapter 7 without further hearing, upon the receipt of the Trustee's supplemental report requesting an Order Converting the Case to One Under Chapter 7 to be entered due to the Debtor's default under the terms of this Order.

The Clerk of Court is directed to serve notice of this Order to the Debtor, the Debtor's attorney, and the Chapter 13 Trustee.

**END OF DOCUMENT**

Presented by:

_____/s_____
K. Edward Safir, Esq.
for the Chapter 13 Trustee
GA Bar No. 622149

Consented to by:


_____/s/_____
John Joseph Forbes
Robert J. Semrad & Associates, LLC
Suite 3600
101 Marietta Street
Atlanta, GA 30303
678-668-7160
GA Bar No.: 940431
signed w/ expressed permission by K. Edward Safir

Mary Ida Townson, Chapter 13 Trustee
Suite 2200 – 191 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 525-1110
eds@atlch13tt.com